UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN GUARANTY AND LIABILITY INSURANCE COMPANY,  )<br>)<br>Plaintiff/Counter-Defendant,  )<br>)<br>v.  )<br>)<br>CROSBY TRUCKING SERVICE, INC.,  )<br>)<br>Defendant/Counter-Plaintiff,  )<br>)<br>*******************************************  )<br>)<br>CROSBY TRUCKING SERVICE, INC.,  )<br>)<br>Third-Party Plaintiff,  )<br>)<br>v.  )<br>)<br>ECHO GLOBAL LOGISTICS, INC.,  )<br>BENTELER AUTOMOTIVE  )<br>CORPORATION, and BENTELER GOSHEN,  )<br>INC.,  )<br>)<br>Third-Party Defendants.  ) | Case No. 3:13-CV-00147<br><br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- Defendant/Counter-Plaintiff Crosby Trucking Service, Inc.'s ("Crosby Trucking") Motion for Leave to File a Third-Party Complaint Against Martinrea Industries, Inc. (Docket No. 44) is **DENIED**.

- Plaintiff American Guaranty and Liability Insurance Company's Motion for Oral Argument (Docket No. 62) is **DENIED**.

- Crosby Trucking's Motion to Transfer Venue (Docket No. 29) is

1

**GRANTED**.

• This case is hereby **TRANSFERRED** to the United States District Court for the Northern District of Indiana.

It is so **ORDERED**.

Enter this 26th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge